# Court of Appeals
# of the State of Georgia

ATLANTA,___May 29, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1786.  IN THE INTEREST OF: A. M. R., A CHILD (FATHER).**

The father of A. M. R. filed this direct appeal from the juvenile court's order denying his motion for new trial in this parental rights termination case.  Pursuant to OCGA § 5-6-35 (a) (12), however, appeals from orders terminating parental rights must be made by filing an application for discretionary review.  See *In the Interest of K. R.*, 285 Ga. 155 (674 SE2d 288) (2009).  Accordingly, we lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___05/29/2015____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*